

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District 8th |
|---|---|
| Name: Lawrence Potchney | Docket of Case No: 05 CR 194-11 |
| Place of Confinement F.C.I. Waseca | Prisoner No: 21849-424 |
| Movant  v  Lawrence Potchney | United States of America |
| | MAR 03 2008 FILED |
| | MAR 3 2008 MB mar 3, 2008 |

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Northern District of Illinois Eastern Division
   219 South Dearborn Street Chicago Illinois 60604
   (b) Criminal docket or case number (if you know): 05 CR 194-11

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: 12-1-06

3. Length of sentence: 120 months

4. Nature of crime (all counts): 18 U.S.C. 4042(B)

08CV1272
JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW

5. (a) What was your plea: (Check one)
   (1) Not guilty     (2) guilty  X     (3) Nolo contendere (no contest)

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? __N/A__

6. If you went to trial, what kind of trial did you have? (Check one)    Jury    Judge Only

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes    No  X

8. Did you appeal from the judgment of conviction?    Yes    No  X

9. If you did appeal, answer the following:
   (a) Name of court: __N/A__
   (b) Docket or case number (if you know): __N/A__
   (c) Result: __N/A__
   (d) Date of result (if you know): __N/A__
   (e) Citation of the case (if you know): __N/A__
   (f) Grounds for relief: __N/A__

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes    No  X
       If "Yes" answer the following:
       (1) Docket or case number (if you know): __N/A__
       (2) Result: __N/A__
       (3) Date of result (if you know): __N/A__
       (4) Citation to the case (if you know): __N/A__
       (5) Grounds raised: __N/A__

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

   Yes X    No

11. If your answer to Question 10 was "Yes", give the following information:

  (a)(1) Name of court: U.S. District Court for the Northern District of Illinois

    (2) Docket of case number (if you know): 12-1-07 and 2-6-08

    (3) Date of filing (if you know): Enlargement of time to file 2255 motion

    (4) Nature of the proceeding: To proceed Pro-Se, Permission to appeal

    (5) Grounds raised: in Form Pauperis, obtain court transcripts, medical records, and hospital records.

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
      Yes X    No

    (7) Result: Unknown

    (8) Date of result (if you know): _____

  (b) If you file any second motion, petition, or application, give the same information:
    (1) Name of court: U.S. District Court for the Northern District of Illinois

    (2) Docket of case number (if you know): Unknown

    (3) Date of filing (if you know): 2-7-08

    (4) Nature of the proceeding: Enlargement of time to file 2255 motion

    (5) Grounds raised: Extension of time to obtain court transcripts, Dr. reports and medical records.

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
      Yes    No X

    (7) Result: Unknown

    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
   (1) First petition     Yes X     No

   (2) Second petition    Yes X     No

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Under the influnce of a controlled substance

(a) Supporting facts: (Do not argue or cite law. Just state the specific facts that support your claim): I have supporting facts that I was under the influnce of Hydrocodone, xanax, Serguill, Soma and other drugs that are listed in my medical records.

(b) Direct Appeal of Ground One:

   (1) If you appealed from the judgment or conviction, did you raise this issue?
      Yes     No

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes     No X

   (2) If your answer to Question (c)(1) is "Yes", state:
   Type of motion or petition:

   Name and location of the court where the motion or petition was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: N/A

   Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?
    Yes    No

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes    No

(5) If your answer to Question (c)(4) is "Yes", did you raise this issue on appeal?
    Yes    No

(6) If your answer to question (c)(4) is "Yes" state:

Name and location of the court where the appeal was filed: N/A

Docket case number (if you know): Unknown

Date of the court's decision: N/A

Result: (attach a copy of the court's opinion or order if available): N/A

(7) If your answer to Question (c)94) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND TWO: My attorney failed to provide me the true facts that
(a) Supporting facts: (Do not argue or cite law. Just state the specific facts that support your claim):
the U.S. Attorney alleged to have against me.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment or conviction, did you raise this issue?
    Yes    No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes        No

(2) If your answer to Question (c)(1) is "Yes", state:
    Type of motion or petition: N/A

    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?
    Yes        No

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes        No

(5) If your answer to Question (c)(4) is "Yes", did you raise this issue on appeal?
    Yes        No

(6) If your answer to question (c)(4) is "Yes" state:

    Name and location of the court where the appeal was filed: N/A

    Docket case number (if you know): N/A

    Date of the court's decision: N/A

    Result: (attach a copy of the court's opinion or order if available): N/A

(7) If your answer to Question (c)94) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A


GROUND THREE: I was on Social Security disability for psychological
(a) Supporting facts: (Do not argue or cite law. Just state the specific facts that support your claim):
problems which were a result from a beating I recieved previousily

from a law enforcement agency. This was the reason for taking all the

medication listed above.

(b) Direct Appeal of Ground Three:

   (1) If you appealed from the judgment or conviction, did you raise this issue?
      Yes     No

   (2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes     No

   (2) If your answer to Question (c)(1) is "Yes", state:
      Type of motion or petition: N/A

      Name and location of the court where the motion or petition was filed: N/A

      Docket or case number (if you know): _____

      Date of the court's decision: N/A

      Result (attach a copy of the court's opinion or order, if available): N/A

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes     No

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes     No

   (5) If your answer to Question (c)(4) is "Yes", did you raise this issue on appeal?
      Yes     No

   (6) If your answer to question (c)(4) is "Yes" state:

      Name and location of the court where the appeal was filed: N/A

      Docket case number (if you know): N/A

      Date of the court's decision: N/A

      Result: (attach a copy of the court's opinion or order if available): N/A

   (7) If your answer to Question (c)94) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND FOUR: I told my attorney many times I was not guilty

(a) Supporting facts: (Do not argue or cite law. Just state the specific facts that support your claim): of the crime I was being charged with. I went to court several times to plead guilty but I recieved a continuance because I could not understand why I should plead guilty. He then told me prior ro finally pleading guilty that this was my last chance to plead guilty or I would be sentenced to a lot more prison time and also I was not to tell the judge of all the meds I was taking.

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment or conviction, did you raise this issue?
Yes    No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes    No

(2) If your answer to Question (c)(1) is "Yes", state:
Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes    No

(4) Did you appeal from the denial of your motion, petition, or application?
Yes    No

(5) If your answer to Question (c)(4) is "Yes", did you raise this issue on appeal?

    Yes        No

(6) If your answer to question (c)(4) is "Yes" state:

Name and location of the court where the appeal was filed: _____N/A_____

Docket case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result: (attach a copy of the court's opinion or order if available): _____N/A_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____N/A_____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented; and state your reasons for not presenting them: None of them have been presented in Federal Court because I am Just now filing a 2255 ineffective assistance of counsel.

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the judgment you are challenging? Yes    No

If "Yes," state the name and location of the court, the docket or case number, the type or proceeding, and the issues raised: _____N/A_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ___James Greene___

(b) At arraignment and plea: ___James Greene___

(c) At trial: ___James Greene___

(d) At sentencing: ___James Greene___

(e) On appeal: ___N/A___

(f) In any post-conviction proceeding: ___N/A___

(g) On appeal from any ruling against you in a post-conviction proceeding: ___N/A___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes___ No X

17. Do you have any future sentences to serve after you complete the sentence for the judgment that you are challenging? Yes___ No X

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:___
    N/A

    (b) Give the date of the other sentence was imposed: N/A

    (c) Give the length of the other sentence: N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes___ No___

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as continued in 28 U.S.C § 2244(d) does not bar your motion:

It was my understanding that my attorney was to file The motion. I had tried many times to get a Status update. Finally an inmate told me to have someone call the court and check to find out if anything was filed regarding an appeal. There was nothing so I have been persuing the 2255 motion Pro-Se.

"The Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1) A one-year period limitations shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitations period shall run from the latest of:
        (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
        (B) the date on which the impediment to filing an application created by State action in violation of the constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
        (C) the date on which the constitution right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of true diligence.
    (2) The time during which a property filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitations under this subsection.

Ground 5.

While I was out on Pre-Trial release I overdosed on a combination of both prescription and Non-Prescription drugs. Mainly powder cocaine, crack cocaine, Hydrocodone, Serguill, Xanax and other pills which names I cannot recall. My attorney and the U.S. attorney were both aware of this. Also they were both aware that I failed mutiple drug tests. Again I would not accept my plea and I would recieve a lot more prison time. Since I have become sober I now realize how wrong I was to plead guilty of this charge.

Therefore, Movant asks that the Court grant the following relief:_____

_____

or any other relief to which petitioner is entitled.

_____

Signature of Attorney (if any)

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on_____ _____ (Month, date, year).

Executed (signed) on 2-19-08 (Date)

_____

Signature of Movant