

**FILED** KC
MAR 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
MAR 03 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** LAWRENCE POTCHNEY

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

1) AUSA

2) Rachel Marie Cannon
   United States Attorney's Office
   219 South Dearborn Street, Suite 500
   Chicago, IL 60604

**Defendant's Attorney:**

Lawrence Potchney
#21849-424
Waseca - FCI
P.O. Box 1731
Waseca, MN 56093

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV1272
JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motions to Vacate Sentence

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [x] No

**Signature:** M. Burke   **Date:** 3/3/08

Gettleman
Denlow    05 cr 194-11