Lawrence Potochney
Register No. 21849-424
Federal Correctional Institution
P.O. Box 1731
Waseca, MN. 56093

Attn: Clerk Of The Court
U.S. Federal Courthouse
Hon. Judge Gettleman
219 South Dearborn St.
Chicago, Illinois 60604
RE; U.S. -vs- lawrence Potochney
Case # 05CR194-11

**FILED**
MAR 3 2008
3-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV1272
JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW

Dear Clerk,

Please find enclosed the original plus two copies of a 28 U.S.C. § 2255 motion for ineffective assistance of counsel. I have also included a verification of Proof of Service for filing in this matter. I also had filed on Febuary 1, 2008 a true copy of a Petitioner motion for Waiver of Fees and Costs, Affidavit of Indigency Prisoner Account Statement, Financial Affidavit and the In Forma Pauperis forms provided to me by the Illinois District Courts. I am wondering when the courts will rule on this motion. I need complete copies of my Court Transcripts. Can you please update me on the status of this issue. I would like to thank you in advance for your prompt attention to this matter.

Sincerely

*Larry Potochney*
lawrence Potochney