June 10, 2008

**FILED**
JUN 1 7 2008
6-17-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael W. Dobbins, Clerk(s)
U.S. District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, Ill. 60604

**Re:** USA v. Lawrence Potochney, No. 05 CR 194-11RWG
No Direct Appeal
No. 08 CV 1272 (§2255 habeas)

Dear Clerk(s):

Enclosed for filing, with certification of mailing via the BOP's green mail log this day, is my:

SUPPLEMENT TO MOTION FOR WAIVER OF FEES AND COSTS, WITH LEAVE OF COURT ON MOTION TO PROCEED AS AN INDIGENT AND IN FORMA PAUPERIS FOR THE FINANCIAL-ASSISTANCE OF COUNSEL, DUE PROCESS-EQUAL PROTECTION OF THE LAW AND REDRESS OF GRIEVANCES ON FIRST HABEAS CORPUS PETITION TO THE MERITS, AS OF RIGHT(S) & PRIVILEGE(S)

The original signed copy only is enclosed as the BOP/DOJ is indifferent to providing copies to the indigent, under their current ruse-claim that a balance of $6 in their so-called Inmate Commissary **Trust** Account does not qualify one as indigent in order to obtain legal copies or other services. See 28 CFR § 549.31, and other secret process they rely on (e.g., presumptions). At least this specific "mental" prison. **See Ex. C1.**

The above coincides with the BOP/DOJ's ongoing criminal obstructions (patterns) of our Process/Redress, in denial thereof.

For your convenience $$ I have enclosed an additional copy of this cover-letter and a return address label to acknowledge receipt and filing by you.

Very truly yours,

Certification of Mailing:

Lawrence Potochney #21849-424
POB 1731-D, FCI-Waseca
1000 University Crive SW
Waseca, Minnesota 56093-0741
(507) 835-8972, 837-4547Fax