

FILED
JUL 1 1 2008 aew
Jul 11. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Applicant, Movant, Defendant, | § | |
| v. | § | NO. ~~05 CR 194-1~~1RWG 08 CV 1272 (habeas) |
| Lawrence Potchney, Defendant #21849-424 Petitioner | § | JUDICIAL NOTICE |

PETITIONER/APPLICANTS
MOTION FOR RELEASE ON RECOGNIZANCE
ON DIRECT APPEAL BY HABEAS CORPUS

Although the practice is not specifically authorized by statute or rule, "there is abundant authority that federal district judges in habeas corpus proceedings have inherent Power to admit applicants to bail pending the decision of their cases. **See e.g. Falconer v. Lane**, 905 F2d 1129, 1137 n.6 (7th Cir. 1990); **Hilton v. Braunskill**, 481 US 770, 774 (1987); **Cherek v. United States**, 767 F2d 335, 337 (7th 1985). Cf, Fed R. App. P.23(b), 23(c)(2005) (bail pending habeas corpus appeals); Sup. Ct. R. 36.2 (2005).

Applicant Larry Potochney was released on Personal Recognizance (PR) Bond pre-trial, to the responsibility of his fiance Melody Zaha, from March 16, 2005 to 3/12/07 (two years) and then allowed by the trial-sentencing Judge to voluntarily surrender to the low-security federal prison at Waseca, Minnesota against Department of Justice (US) Attorneys opposition thereto, who wanted him locked up after their engineered plea hearing, while not arguing against ... pre-trial.

Mr. Potchney is "actually innocent" of the charges brought against him by indictment and superceding, in retaliation for attempting the exercise of substantial Right(s) such as a jury trial.

His court appointed attorney was blatantly inadequate, ineffective and unprofessional in having allowed himself to be rendered soul-(spirit) less against his fellow Lawyers working as U.S. Attorneys and assistants. **Exhibit A1 & A2.**

Furthermore, this Motion offers the trial-sentencing Judge his Second Chance to Act honorably to correct the substantial injustices engineered against Citizen Potochney by the government's selective-vindictive prosecution. **Ex. B1 & B2.**

Judge Gettleman had attempted to rebuke the prosecutors over-reaching against Citizen Potochney, as necessary to their "warehousing" political-economic agenda, soon to be voted out of office, but their brand of tyranny via the "iron triangle" was apparently overwhelming, influential and fearful. **Ex. C1 & C2.**

Mr. Potochney apparently should have been sent for drug rehabilitation as addicted to both "illegal" cocaine and "legal" prescription Vicadin (pain) and Xanax (fear), 120-capsuls each month as a result of the beating he endured by Kane County Police. It should be noted that he flunked 4-dirty UA's during this PR Bond period with no repurcussions as a result of the prescriptions. **Exhibit D.**

Mr. Potochney should have been sent for drug rehabilitation, at least prior to trial, which his own court appointed attorney has apparently used to his own advantage disregarding his <u>Code of Professional Responsibility</u> as licensed by the State of Illinois as well as his obligations as an officer of the court let alone his client. This rehabilitation necessary after known years of personal use only

with no history or predisposition to distribute, possess or conspire except to satisify his own addiction, from an introduction to same in his youth by a brother-in-law. He was thus indicted for crimes he is "actually innocent" of ... on behalf of the government's "warehousing" political agenda under presumptions of guilt and the presumption by DOJ officials that he probably committed some criminal act-crime at some point in his life, like all American's or whomever puts a foot on these shores, the land of one-million attorneys, who desperately need to justify their delusional status in American society. **Exhibit E.**

> "When plunder becomes a way of life for a group of men(& women) living together in society, they create for themselves in the course of time, a legal system that authorizes it and a moral code that glorifies it." **Bastiat**, French Philosopher.

In addition, Mr. Potochney was high on medication-drugs at both his plea hearing and sentencing, a fact well known by his attorney, who was indifferent to his clients needs in favor of his own agenda $$$$$.

Mr. Potochney was denied a direct appeal by his court appointed counsel after they told him specifically he wanted to appeal the engineering against him because he was not guilty. His attorney was playing him and the game becomes obvious in time. **Exhibit F.** Furthermore, the illustrious Federal (DOJ) Bureau of Prisons denies the drug treatment program to Mr. Potochney under their ruse of having a history of violence, which would primarily be the beating by Kane Cty. Police. Thus, Mr. Potochney's sentence to imprisonment serves no apparent legitimate public interest, at great expense to the real interests of law and justice, which has been perfected as Judge Lay predicted in 1990. **See** Ex. C1.

Mr. Potochney's case is thus unusual but apparently usual by at least Department of Just-us standards, soon to be voted out of office. The federal court's authority to release a prisoner on recognizance or surety in the course of a habeas corpus proceeding derives from the power to isseu the writ itself and thereby regulate the government's exer- **Ex. G1, 2, 3, 4, & 5.**

cise of custody over its citizens. **Marino v. Vasquez**, 812 F.2d 499, 507 (9th Cir. 1987). **Accord, e.g., Ostrer v. United States**, 584 F.2d 594, 597 (2nd Cir. 1978); **Jago v. U.S. Dist. Ct.**, 570 F.2d 618, 623-26 (6th Cir. 1978); **In re Wainwright**, 518 F.2d 173, 174, 175 n.1 (5th Cir. 1975)(**per curiam**); **U.S. ex rel. Thomas v. New Jersey**, 472 F.2d 735, 741-42 (3rd Cir.), **cert. denied** (1973); **Woodcock v. Donnelly**, 470 F.2d 93, 94 ((1st Cir. 1972)(**per curiam**). Again, the district court has "broad discretion" in bail pending appeal situations. **Hilton v. Braunskill, supra** @ 776-779.

Ultimately, Mr. Potochney was convicted and imprisoned through an apparent fraud on the Court. Relief from a Justice is appropriate in those extraordinary cases where the applicant is able to rebut the presumption that the decision below——both on the merits and on the proper interim disposition of the case——are correct. **Bellotti v. Latino Political Action Committee**, 463 U.S. 1319, 1320, et al (1983).

**THEREFORE**, Mr. Potochney shall be released back to his original condition of PR Bond, granted pre-trial by the Judge. Denial of bail is reviewable via mandamus under the All Writs Act, <u>28 USC § 1651.</u> Specialized, professional counsel shall then be appointed to perfect his direct appeal, in favor of accountability and justice **for all**, as law and justice in America is demands. **Title 28 USC § 2243(8) & 1657** (habeas priority on the docket).

Submitted in good faith, as affirmed/ declared true and correct, under penalties of perjury with all Right(s) reserved and without prejudice. 28 USC § 1746 WoP.

**Dated:** July 3, 2008

Certification of Mailing:

F.W.B.

Lawrence Potochney #21849-424
Federal Correctional Institution
P.O. Box 1731-D
1000 University Drive SW
Waseca, MN 56093-0741
(507) 835-8972; 837-4547 Fax

How the Lawyers, Politicians, and Bureaucrats Have Turned the Law into an Instrument of TYRANNY—and What We as Citizens Have to Do About It.

Broadway Books
Div. Bantam/Doubleday/Del
1540 Broadway
New York, NY (800

# *Court TV* host Catherine Crier's look at a **damaged** legal system

*Court TV* host and lawyer Catherine Crier has written an illuminating, frustrating, and revealing look at our litigious society. No one is safe from her penetrating study of a damaged legal system that produces results and profits for the few and injustice for the many. Both an angry indictment and an eloquent plea for common sense, Crier exposes a system of flawed laws so complex that even the enforcers can't understand them. She also blasts the sue-happy system of liability that forces a baby-stroller manufacturer to warn, "Remove child before folding." Exposing the insidious relationship between government, lobbyists, and bureaucrats who profit from inefficiency, Crier's book will make you hopping mad at the system. Just don't sue us for telling you about it. *256 pages.*




*The Case Against Lawyers* by Catherine Crier ISBN 0-7679-0504-0 [2002]

new 85-4174 *pub. price* ~~$23.95~~
club price $16.75 FREE with 18 Bonus Points (Earns 3)

As a child, Catherine Crier was enchanted by film portrayals of crusading lawyers like Clarence Darrow and Atticus Finch;. As a district attorney, private lawyer, and judge herself, she saw firsthand how the United States justice system worked—and didn't. One of the most respected legal journalists and commentators today, she now confronts a profoundly unfair legal system that produces results and profits for the few—and paralysis, frustration, and injustice for the many. Alexis de Tocqueville's dire prediction in Democracy in America has come true: We Americans have ceded the resolution of society's problems—our fundamental responsibility as citizens—to "legal authorities," and in doing so have given up precious democratic freedoms.

The Case Against Lawyers is both an angry INDICTMENT and an eloquent plea for a return to common sense. It decries a system of laws so complex that even their enforcers—such as the IRS—cannot understand them. It unmasks a litigation-crazed society where billion-dollar judgments serve mostly to line the pockets of personal injury lawyers. It deplores the stupidity of a liability system that leads to such results as a label on a stroller that warns: REMOVE CHILD BEFORE FOLDING. It INDICTS a criminal justice system that puts minor drug offenders away for life, yet allows celebrity murders to walk free. And it excoriates the sheer corruption of the IRON TRIANGLE OF LAWYERS, BUREAUCRATS, AND POLITICIANS who profit mightily from all this INEFFICIENCY, INJUSTICE, AND ABUSE.

The Case Against Lawyers will make readers hopping mad. And it will make them realize that the only response can be to demand change now. The book addresses the immense injustices of the current American legal system. It deplores the lack of common sense amongst lawyers and bureaucrats and condemns the litigation-hungry attitude that pervades the courtrooms today.

A1

# Justice's Agenda

Propelled to a unanimous confirmation by impressive testimony — what Illinois Sen. Carol Moseley-Braun called a "veritable love fest" — Janet Reno now settles down to stark reality. The nation's first female attorney general was by turns accommodating, respectful, charming and circumspect in her replies to questions from a friendly Senate Judiciary Committee, but she will find the issues facing the Justice Department far more difficult to handle.

Take Inslaw, for example. The tangled story of the computer software developed by William and Nancy Hamilton — software they claim was stolen by the Justice Department — remains unresolved. Former Attorney General William P. Barr refused to name a special prosecutor in the case, as sought by the House Judiciary Committee, despite the obvious conflict of the Justice Department in effect investigating itself. The case has gone on too long and smacks too much of a department trying desperately to save itself. Ms. Reno could go a long way toward improving confidence in her new department's credibility by moving quickly to settle the Inslaw fiasco.

In other areas, her task will be to restore faith for people whose interests have been ignored in the recent past. Civil rights laws, environmental protection laws, the legal rights of people who cannot afford adequate representation — all have received scant support from recent attorneys general. The compassion and common sense that Ms. Reno demonstrated in her confirmation hearing must be translated into attitudes and policies that show she considers justice for all Americans her main job.

One disturbing aspect of her answers — an indication she may be trying too hard to please everyone — was her testimony about the death penalty. Her replies were cited by both Strom Thurmond, the hard-line South Carolina Republican, and Howard Metzenbaum, the liberal Ohio Democrat, to support their own views. Her insistence that the rights of defendants need protection was welcome, but her claim that long delays in carrying out death sentences mock justice seemed inconsistent. How will she reconcile her personal opposition to capital punishment with her admission that people she called the "mean bads" — those "totally contemptuous of human life" — truly deserved the death sentences she sought for them as a prosecutor in Miami?

Her most impressive testimony may have come Wednesday, in her answer to Republican Sen. Arlen Specter of Pennsylvania. He wanted to know how she would react if President Bill Clinton tried to pressure her to make decisions based on politics rather than the law. Her response: "I'd say, 'Mr. President, that's not the way to do it, and if you don't want me to be your attorney general, I will go home.'" Given the sad history of politicized Justice Departments, such an attitude is refreshing and long overdue. If that kind of clear thinking and respect for the law carries over to every aspect of her tenure, the nation has an attorney general who was worth waiting for.

WALL STREET JOURNAL



For hundreds of years, hapless victims were burned at the stake as witches; actually, the accused were doomed by a mass hysteria that thrived on persecution.

"WHEN PLUNDER BECOMES A WAY OF LIFE FOR A GROUP OF MEN LIVING TOGETHER IN SOCIETY, THEY CREATE FOR THEMSELVES IN THE COURSE OF TIME, A LEGAL SYSTEM THAT AUTHORIZES IT AND A MORAL CODE THAT GLORIFIES IT."

— Bastiat —

of the police-budget committee. "And if fighting gang violence in this city is our highest priority, it should be reflected in our budget" even though, Yaroslavsky acknowledged, "it will be at the expense of virtually anything else." Added council member Richard Alatorre, "This is the era of the police. If I were chief, I'd ask for more."

Night after night, Hammer teams roared through the neighborhoods of South Central. Any black kid seen out after dark was subject to a frisk and interrogation. "I think people believe that the only strategy we have is to put a lot of police officers on the street and harass people and make arrests for inconsequential kinds of things," Chief Gates said. "Well, that's part of the strategy, no question about it." The head of the LAPD's Hardcore Drug Squad compared South Central to Vietnam, an aptly bellicose metaphor.

In August, eighty-eight officers stormed a South Central apartment block suspected of being a gang headquarters. "This is a Class-A search," the captain in charge told his men. "That means carpets up, drywall down. Level it. Make it uninhabitable." The policemen followed orders, smashing furniture and walls with sledgehammers, ripping an outside stairway away from the building, and spray-painting "LAPD Rules" on the walls. At the stationhouse, thirty-two people captured in the raid were forced to whistle the theme song from the *Andy Griffith Show* (which LA historian Mike Davis calls "the Horst Wessel song of the LAPD") while being beaten with fists and flashlights. In the end, only two arrests were made: a couple of visiting teenagers had some dope in their pockets. No gang members, guns, or crack caches were found.

Nobody was killed in that particular raid. But by the end of 1988 LAPD officers had shot dead two unarmed citizens of South Central — a teenager suspected of being a gang member and an eighty-one-year-old retired construction worker. No disciplinary action was taken. "When you have a state of war, civil rights are suspended for the duration of the conflict," the press secretary for one state senator told reporters.

Hammer didn't rid South Central of crack and gang violence, even at the cost of civil liberties and civilian casualties. Although the LAPD had arrested, at one time or another, three-quarters of all the young black men in Los Angeles, juvenile crime was climbing 12 percent annually by the end of the decade. Crack was cheaper than ever, the gangs stronger, more violent, and better organized than before Hammer.

"Gangs are never goin' to die out," a sixteen-year-old gang mem-

by DAN BAUM ISBN 0-316-08412-3 (1996) Little, Brown + Co.



ber told the *Los Angeles Times* when Hammer started. "You goin' to get us jobs?"

~

"The concept of user accountability is a fundamental theme throughout the drug strategy," Meese's 1988 National Drug Strategy report declared. "Individuals can, with proper treatment and incentive, stop using illegal drugs." The Strategy, though, was short on treatment and long on incentive. Of its twenty-four pages, ten were devoted to enforcement, interdiction, foreign operations, and "intelligence"; one was devoted to treatment. And of the four treatment objectives the only one to mention funding was number three: "Stimulate private sector involvement."

"We must do away with these previous talks of fairness and niceness," drug czar Ian MacDonald told the *Baltimore Sun*. "We've got to talk about sanctions."

~

Even in 1988 it was clear that blacks were being disproportionately targeted for drug arrest, and Meese — who hired the public relations firm Hill & Knowlton to polish the Drug War's image — was sensitive to charges that the War on Drugs was turning into a war on blacks. In March, he sent a memo to all of his U.S. attorneys encouraging selective prosecution of "middle and upper class users" in order to "send the message that there is no such thing as 'recreational' drug use." Nancy Reagan, too, swung her rhetorical guns temporarily at upper-class cokeheads. "The casual user may think when he takes a line of cocaine or smokes a joint in the privacy of his nice condo, listening to his expensive stereo, that he's somehow not bothering anyone," she said to a White House drug conference that year.

1988 ✓

> But there is a trail of death and destruction that leads directly to his door. The casual user cannot morally escape responsibility for the action of drug traffickers and dealings. I'm saying that if you're a casual drug user you're an accomplice to murder. "Capital Case(s)"[12]

Here was an argument with some potential. Anti-fur, anti-oil, anti–South Africa, anti-military, and a whole range of other activists had been making similar arguments for their causes for years. Cocaine is indeed a foul business, liberally stained with blood and corruption.

B1

from workers in "sensitive" positions. Without testing, the government argued, Customs agents might bungle cases, be subject to blackmail, even shoot each other. So it needed the right to demand "an excretory function traditionally shielded by great privacy" while "a monitor of the same sex . . . remains close at hand to listen for the normal sounds." Justices Thurgood Marshall and William Brennan disagreed. "There is no drug exception to the Constitution," they wrote.

This time they were joined by Justice Antonin Scalia, usually a law-and-order stalwart. As Scalia pointed out, the government failed to cite "*even a single instance* in which any of the speculated horribles actually occurred" (emphasis in the original). Rather, Scalia noted the memo implementing the drug-testing program, in which Von Raab said that it "would set an important example in our country's struggle with this most serious threat to our national health and security."

"The impairment of civil liberties," Scalia responded, "cannot be the means of making a point." Scalia, Marshall, and Brennan, however, were in the minority.

In yet another drug case that year, the Court — with Scalia back in the majority — approved of police descending in a helicopter to within 400 feet of a citizen's house to peer through the windows. On the basis of such spying, the Court ruled, police may obtain a search warrant.

This was the last straw for William Brennan. Back in 1984, when the Court created the "good faith exception" to the exclusionary rule, Brennan declared that "the Court's victory over the Fourth Amendment is complete." But that was before the Court allowed the warrantless search of schoolchildren, let police rummage warrantless through citizens' garbage in search of evidence, and let Customs force travelers to defecate on command. Now, six years later, Brennan despairingly referred to 1984, but not the year of the Court's dark "victory." The 1984 he referenced was George Orwell's. Dissenting in the helicopter case, Brennan quoted:

> "The black-mustachio'd face gazed down from every commanding corner. There was one on the house front immediately opposite. BIG BROTHER IS WATCHING YOU, the caption said. . . . In the far distance a helicopter skimmed down between the roofs, hovered for an instant like a bluebottle, and darted away again with a curving flight. It was the police patrol, snooping into people's windows."

"Who can read this passage without a shudder," Brennan asked, "and without the instinctive reaction that it depicts life in some country

X STEVENS, J.

NATIONAL TREASURY EMPLOYEES UNION V. VON RAAB, 489 U.S. 656 (1989)

B2



other than ours?" A month later Brennan resigned, effective immediately. President Bush nominated New Hampshire judge David Souter to replace him.

~

One person on Bennett's senior staff had some real-world experience of drug abuse and crime. Reggie Walton grew up in the black projects of Philadelphia and worked his way through college and law school. At forty, when he met Bennett, he had been a Washington, D.C., criminal judge for eight years, processing hundreds of drug offenders each year through the justice system. Built like a wrestler, Walton was known for meting out heavy sentences along with fire-and-brimstone lectures. He was a friend of William Bennett's brother Bob, who invited him to dinner to meet the new drug czar.

Walton believed the drug fight was important and was encouraged because Bennett had just told the *Wall Street Journal* that he was "committed to fighting the [drug] problem . . . over a long period of time." As an African-American who'd had some breaks and considerable hard-earned success, it pained him to see so many young black men paraded before him on their way to prison.

At the dinner, Walton was impressed by Bennett's intelligence and earnest manner. He listens well, Walton thought. When Bennett offered him a job, though, Walton had a tough decision: a $10,000 pay cut was involved at precisely the time Walton's wife was quitting her $35,000-a-year job to enter a medical school costing $25,000 a year. Walton also was in line to become presiding judge of the criminal court and was starting to handle bigger, more interesting cases.

But he agreed to take the job Bennett offered: conveying federal drug policy to state and local governments and getting them to comply.

Get out there on the stump, Bennett told him. Be visible.

But a friend warned him: Watch your back over there. Don't travel too much. Be sure you get an office as physically close to Bennett's as you can. Otherwise you'll get cut out.

Don't be infantile, Walton retorted, and accepted an office one floor down from Bennett's.

It didn't take long for Walton to realize his friend had been right, though office geography may have had little to do with it. Walton was the only person of color with any seniority in the entire drug office. That amazed him, because while more whites used drugs, drugs were obviously a bigger problem for minority communities. What's more, none of the white guys surrounding Bennett seemed able or willing

# Our Justice System, So-Called

By Donald P. Lay

In an effort to fight crime, we aimlessly set goals of putting more and more people into jails and prisons, regardless of consequential costs or the complete denigration of dignity and resulting human sacrifice. As a nation, we countenance, without apparent concern, increasing episodes of temporary banishment of individuals to horrific and indecent environs in our jails and prisons, and falsely assume on their return to society that they will become useful citizens bearing no resentment.

The criminal justice system is a disgrace to a civilized nation that prides itself on decency and the belief in the intrinsic worth of every individual. The system is a complete failure. The financial waste incurred by communities, cities, states and the Government is unbelievable. The crimes committed against those who are victimized by the system are intolerable.

The human waste caused by the warehousing of prisoners is unconscionable. The reverberation to our society is found in an increasing crime rate, resulting from the failure of the criminal justice system to adequately rehabilitate rather than show contempt for prisoners.

Charles B. DeWitt, President Bush's nominee to head the National Institute of Justice, has observed that the nation's prison and jail population recently passed the one million mark and is rising at a 13 percent annual rate. Maintaining that rate of growth would cost at least $100 million per week for construction of new facilities alone. There were 343,569 total inmates in the jail population in 1988. Local jail occupancy rate in 1989 was 108 percent of capacity; in 1988, it was 101 percent; in 1983, it was 85 percent.

St. Paul, Min

*Donald P. Lay is chief judge of the Eight Circuit Court of Appeals. This article is adapted from an address to the National Association of Pretrial Service Agencies, in Minneapolis.*

According to the Jail Population Statistics, Bureau of Justice Statistics Survey, dated June 30, 1989, 26 percent of jails were under Federal or state court order or consent decree to limit the number of inmates. Fifty-one percent of jails sampled held prisoners because of overcrowding in other institutions. This figure was 29 percent in 1988 and 17 percent in 1983. In 1989, 395,553 persons were held in state and Federal jails. This is a 15 percent increase over 1988.

According to Bureau of Justice statistics, in 1978 there were a total of 3,693 jails in operation, but by 1988 that number had decreased to 3,316, a 5 percent reduction. From 1983 to 1988, there was a 51 percent increase in the total jail population.

The atrocities that take place within jails and prisons are commonplace. A few years ago, I visited a correctional institution in a southern state. A 19-year-old farm boy had just been sentenced for one year for possession of marijuana. He was received in their central processing unit, designed to hold 120 prisoners. At that time there were 465 prisoners incarcerated in small cells in a four-level building that afforded little ventilation and no recreational area.

> It is too costly and breeds crime, e.g., terrorism

The young man was sent to a psychological evaluation unit. After two hours they picked up his exam papers and he had written only two words: "Help Me, Help Me." Officials discovered that he had been put in a small cell block containing four beds with 11 other inmates who had sexually assaulted him for 48 hours, every hour on the hour.

A 19-year-old prisoner at the Missouri Training Center, the victim of a number of homosexual rapes, was given three alternatives by a prison official: submit, fight back or escape. He chose the last alternative. The Missouri Supreme Court affirmed his conviction for the escape charge, concluding that conditions of confinement do not justify escape and are not a defense.

The public has every right to deeply resent those who commit crime. However, the kneejerk reactions by angry executives, politically conscious legislatures and vindictive judicial officers is taking us down a primrose path with little success in combating crime.

The resulting approach is accomplishing nothing more than exorbitantly wasting tax dollars, creating a warehouse of human degradation and in the long run breeding societal resentment that causes more crime.

In the Federal system, the commitment to double the size of our prisons by 1995, to increase mandatory minimum sentences and to sentence by the crime and not by the individual is simply a corollary to this societal attitude.

There exists a crying need to develop a nationwide system of intermediate sanctions for those who are convicted of nonviolent felonies. Our penology system needs to develop work release programs, community service programs, schooling, vocational training and other forms of supervised productivity in lieu of wasteful expenditures of tax dollars and warehousing of individuals.

Punishment is one thing, but our incarceration policies are wasteful and should be changed. Present policies breed further crime, dehumanize individuals and require gross expenditures of tax dollars needed for other purposes. With our nation facing both societal and fiscal crises of unrivaled proportions, we must move quickly and forcefully to overhaul the current system.

THE NEW YORK TIMES - MONDAY OCTOBER 22, 1990

C1

# The Politics of Fear

N.Y. Times 7/18/07 A.18

It had to happen. President Bush's bungling of the war in Iraq has been the talk of the summer. On Capitol Hill, some of the more reliable Republicans are writing proposals to force Mr. Bush to change course. A showdown vote is looming in the Senate.

Enter, stage right, the fear of terrorism.

Yesterday, the director of national intelligence released a report with the politically helpful title of "The Terrorist Threat to the U.S. Homeland," and Fran Townsend, the president's homeland security adviser, held a news conference to trumpet its findings. The message, as always: Be very afraid. And don't question the president.

Certainly, the report's conclusions are disturbing. Nearly six years after 9/11, terrorism remains a huge threat. Al Qaeda has replaced leaders killed or captured by the United States, regrouped in its former home base in the tribal lands on the Pakistan-Afghanistan border and is trying to use affiliated terrorists in Iraq "to raise resources and to recruit and indoctrinate operatives."

If the report is given an honest reading, it is a powerful rebuke to Mr. Bush's approach to the war on terror. It vindicates those who say that the Iraq war is a distraction from the real fight against terrorism — a fight that is not going at all well.

The administration, however, seized on the report and, through bald political timing, tried to use it to dampen calls for an end to Mr. Bush's catastrophic war. That required some particularly twisted logic. Ms. Townsend, for example, dismissed a reporter who asked whether the fact that Al Qaeda has regrouped in the area from which it planned the 9/11 attacks suggested that it was a mistake to divert American forces to Iraq. She said Al Qaeda headed by Osama bin Laden and the terrorists in Iraq that use the name Al Qaeda are the same.

In fact, we've seen no evidence of that, and none was in the intelligence report, at least the page and a half of conclusions released to the public.

Was there a link before the war between Osama bin Laden and Abu Musab al-Zarqawi, the terrorist leader in Iraq? Ms. Townsend refused to answer. "This is ground long covered," she snapped.

Indeed it is. The answer is, "No." In fact, Mr. Bush's bungled invasion spawned a new terrorist army and gave it a home base. Now, the report said, those terrorists are the only ones affiliated with Al Qaeda that are "known to have expressed a desire to attack the" United States.

The White House denied that the report was timed to the Senate debate. But the administration controls the timing of such releases and the truth is that fear of terrorism is the only shard remaining of Mr. Bush's justification for invading Iraq.

This administration has never hesitated to play on fear for political gain, starting with the first homeland security secretary, Tom Ridge, and his Popsicle-coded threat charts. It is a breathtakingly cynical ploy, but in the past it has worked to cow Democrats into silence, if not always submission, and herd Republicans back onto the party line.

That must not happen this time. By now, Congress surely can see through the president's fear-mongering and show Mr. Bush the exit from Iraq that he refuses to find for himself.

There is no legitimate reason, or public interest in imprisoning any American in their own jails for alleged "crimes" considering the crimes, death, destruction and costs of the failed war (economic excursion $$) in the middle-East, as engineered and furthered by the "profiteers" (aka "doo-gooders").

C2

NY Times A10 6/14/08

# Legal Drugs Kill Far More Than Illegal, Florida Says

*A study of autopsies points to the danger of prescription abuse.*

By DAMIEN CAVE

MIAMI — From "Scarface" to "Miami Vice," Florida's drug problem has been portrayed as the story of a single narcotic: cocaine. But for Floridians, prescription drugs are increasingly a far more lethal habit.

An analysis of autopsies in 2007 released this week by the Florida Medical Examiners Commission found that the rate of deaths caused by prescription drugs was three times the rate of deaths caused by all illicit drugs combined.

Law enforcement officials said that the shift toward prescription-drug abuse, which began here about eight years ago, showed no sign of letting up and that the state must do more to control it.

"You have health care providers involved, you have doctor shoppers, and then there are crimes like robbing drug shipments," said Jeff Beasley, a drug intelligence inspector for the Florida Department of Law Enforcement, which co-sponsored the study. "There is a multitude of ways to get these drugs, and that's what makes things complicated."

The report's findings track with similar studies by the federal Drug Enforcement Administration, which has found that roughly seven million Americans are abusing prescription drugs. If accurate, that would be an increase of 80 percent in six years and more than the total abusing cocaine, heroin, hallucinogens, Ecstasy and inhalants.

The Florida report analyzed 168,900 deaths statewide. Cocaine, heroin and all methamphetamines caused 989 deaths, it found, while legal opioids — strong painkillers in brand-name drugs like Vicodin and OxyContin — caused 2,328.

Drugs with benzodiazepine, mainly depressants like Valium and Xanax, led to 743 deaths. Alcohol was the most commonly occurring drug, appearing in the bodies of 4,179 of the dead and judged the cause of death of 466 — fewer than cocaine (843) but more than methamphetamine (25) and marijuana (0).

The study also found that while the number of people who died with heroin in their bodies increased 14 percent in 2007, to 110, deaths related to the opioid oxycodone increased 36 percent, to 1,253.

Florida scrutinizes drug-related deaths more closely than do other states, and so there is little basis for comparison with them.

It has also witnessed several highly publicized cases in recent years that have highlighted the problem. Only last year, an accidental prescription drug overdose killed Anna Nicole Smith in Broward County.

Still, the state has lagged in enforcement. Thirty-eight other states have approved prescription drug monitoring programs that track sales. Florida lawmakers have repeatedly considered similar legislation, but privacy concerns have kept it from passing.

As a result, federal, state and local law enforcement officials say, Florida has become a source of prescription drugs that are illegally sold across the country.

"The monitoring plan is our priority effort, but that is not enough," William H. Janes, the Florida director of drug control, said in a statement accompanying the study. He said Florida was also looking at ways to curb illegal Internet sales and to encourage doctors and pharmacists to identify potential abusers.

Some local police departments have taken a more novel approach.

In Broward County on May 31, deputies completed a "drug take-back," in which $5 Wal-Mart, CVS or Walgreens gift cards were distributed to 150 people who cleaned out their medicine cabinets and turned in unused drugs in an effort to keep them out of young people's hands.

"The abuse has reached epidemic proportions," said Lisa McElhaney, a sergeant in the pharmaceutical drug diversion unit of the Broward County Sheriff's Office. "It's just explosive."

D




Henry Payne
Scripps Howard Newspaper Group
United Feature Syndicate

$




...Unfortunately, the convention was disrupted every time an ambulance went by.

America's (U.S.) Inquisition $

EXHIBIT ~~V5~~ -~~142~~

E

"DID YOU REALLY THINK THAT WE WANT THOSE LAWS TO BE OBSERVED/? 'SAID DR. FERRIS.' WE WANT THEM BROKEN. ... WE'RE AFTER POWER AND WE MEAN IT. ... THERE'S NO WAY TO RULE INNOCENT MEN. THE ONLY POWER ANY GOVERNMENT HAS IS THE POWER TO CRACK DOWN ON CRIMINALS. WELL, WHEN THERE AREN'T ENOUGH CRIMINALS, ONE MAKES THEM. ONE DECLARES SO MANY THINGS TO BE A CRIME THAT IT BECOMES IMPOSSIBLE FOR MEN TO LIVE WITHOUT BREAKING LAWS. WHO WANTS A NATION OF LAW ABIDING CITIZENS? WHAT'S THERE IN THAT FOR ANY-ONE? BUT JUST PASS THE KIND OF LAWS THAT CAN NEITHER BE OBSERVED NOR ENFORCED NOR OBJECTIVELY INTERPRETED - AND YOU CREATE A NATION OF LAW BREAKERS -- AND THEN YOU <u>CASH IN ON GUILT</u>. $$$$$ NOT THAT'S THE GAME, MR. REARDON, THAT'S THE SYSTEM, AND ONCE YOU UNDERSTAND IT, YOU'LL BE MUCH EASIER TO DEAL WITH."

---Ayn Rand (1957)
Atlas Shrugged




Drawing by Bernard Schoenbaum; © 1994 The New Yorker Magazine, Inc.

"The United States is the greatest law factory the world has ever known." — Chief Justice Charles Evans Hughes

**"And see that you place the blame where it will do the most good."**

"When plunder becomes a way of life for a group of men (& women) living together in society, they create for themselves in the course of time, a legal system that authorizes it and a moral code that glorifies it." Bastiat, French economist & philosopher, (1801-1850)

F

# *Curing the Rot at Justice*

With top lawyers and administrators resigning at an alarming rate, the scandal-plagued Justice Department is becoming an increasingly dysfunctional agency, a shell without credible leadership. Within that shell lies the rot of politicization, as evidence mounts that the Bush Administration has used the nation's chief law enforcement agency to undermine not just civil liberties but democracy itself, and so it shall be as long as the primary architect of the department's decline, Attorney General Alberto Gonzales, remains at the helm. Yet while he is as discredited as any sitting Attorney General since the 1920s Teapot Dome scandal, Gonzales clings to the power afforded him by the President and by a standoff between a White House that will not admit its sins and a Congress that is only now beginning to address the crisis with the aggressiveness it demands.

Make no mistake, the crisis is real. Things have gotten so bad that, when asked whether he'd return to the department where he served as a senior official under John Ashcroft, Viet Dinh said, "I'd rather trade places with [accused "enemy combatant"] José Padilla." Each day brings new revelations of abuses: using the authority of the department to achieve partisan goals, neglecting basic responsibilities to protect civil rights and civil liberties, blocking promotions of top lawyers because Vice President Cheney thought them more loyal to the Constitution than to the Bush agenda. Still Gonzales lingers, while capable lawyers leave—an exodus highlighted by the recent departure of Deputy Attorney General Paul McNulty. Senate Judiciary Committee member Chuck Schumer, who got a majority of senators to endorse an attempt to schedule an anti-Gonzales no-confidence vote on June 11, refers to McNulty as a conservative with a conscience "who at least tried to level with the committee." His departure is a blow to the morale of career lawyers mired in a department increasingly defined by ideological extremism, incompetence and the paranoia of Gonzales. House Judiciary Committee chair John Conyers Jr. says, "McNulty's resignation is a sign that top-level administration at the Justice Department may be crumbling under the pressure of ongoing revelations and what is yet to be disclosed."

The gross affronts to the rule of law committed under Gonzales go far beyond the firings of US Attorneys considered insufficiently aggressive in their pursuit of bogus "voter fraud" claims, or even the evidence that prosecutors may have kept their jobs by going after Democratic voters and officials. The Brennan Center for Justice and the Lawyers' Committee for Civil Rights Under Law have uncovered evidence of what they describe as "a much broader strategy on the part of the Administration to use federal agencies charged with protecting voting rights to promote voter suppression and influence election rules so as to gain partisan advantage in battleground states." There is now a compelling case that the White House used the Justice Department's Civil Rights and Criminal divisions and the Election Assistance Commission to create a false perception of widespread voter fraud to justify initiatives—stringent voter identification laws, crackdowns on voter registration drives and pre-election purges of eligible voters from the rolls—designed to disenfranchise the poor, minorities, students and seniors. But even as the evidence mounts, Bush continues to demand Senate approval of his nomination of a proponent of Justice's voter suppression strategy, Hans von Spakovsky, to sit on the Federal Election Commission.

The voter suppression drive is just one example of the White House's crude warping of the Justice Department's mission. Its dark plotting includes a warrantless wiretapping scheme that, we now know, even Ashcroft found objectionable—and that a growing number of Congressional Republicans see as confirmation of the need for a new Attorney General. But Bush and Gonzales are operating on the theory that if they pretend to be the victims of partisan bickering on the Hill, they'll be able to wait out the storm.

Jerrold Nadler, who chairs the Constitution subcommittee of the House Judiciary Committee, frets about the lack of urgency regarding the "overwhelming obviousness of the fact that this entire warrantless wiretapping is illegal and the President and Attorney General are engaged in a criminal conspiracy." Frustrated by Justice's refusal to turn over internal legal opinions and other documents on the domestic surveillance program, Nadler is talking about subpoenas, while Conyers says, "It's about time process kicks in somewhere around here." The restlessness of Nadler, Conyers and Senate Judiciary chair Patrick Leahy is understandable. They are responsible legislators who have tried to work with Gonzales and the White House only to be constantly stonewalled. Clearly, the Congressional response must be adjusted.

One answer to the question of how to take the inquiry to the next level has come from the grassroots, in the form of a campaign by filmmaker Robert Greenwald and the activist group Democracy for America, demanding the impeachment of Gonzales. Other strategies are likely to come first, including the more aggressive use of subpoenas, like those issued June 13 to former White House counsel Harriet Miers and former political director Sara Taylor regarding their roles in the US Attorney firings. Leahy and Conyers will exhaust those tools before taking up impeachment. But no matter what steps are taken, the point has been reached where polite words must be replaced by bold demands. Allowing Gonzales to remain as Attorney General will only further undermine the government's commitment to defend the right to vote and the right of Americans to be safe from illicit government spying—not to mention the prospect that the rule of law might eventually be reasserted at a department that still has "justice" in its name.

JOHN NICHOLS

FINANCIAL TIMES WEDNESDAY MAY 7 2008

Radical Judges – Courts

Financial Times 5

World News

5/6/08 F.T.

# Report warns of threats to freedom in US

## 'Grave concern' over renditions

By Daniel Dombey
In Washington

The US "war on terror" has restricted the freedom of individual Americans – but to a lesser degree than in previous conflicts, a study said yesterday.

Freedom House, a US group best known for its work overseas, expresses "grave concern" at measures such as extraordinary rendition, "mistreatment of those in US custody" and warrantless wiretaps.

But it says: "The war on terrorism has resulted in significantly fewer violations of individual freedom than previous conflicts."

The other incidents it cites include the mass detention of Japanese-Americans during the second world war, and Federal Bureau of Investigation and Central Intelligence Agency investigations of thousands of US citizens opposed to the Vietnam war.

Freedom House describes itself as an independent non-governmental organisation but it is largely financed by US federal funds.

Its report, "Today's American – How Free?", distinguishes between the impact of steps such as the rendition of third country nationals, which it says have hurt the reputation of the US internationally, and measures that could directly affect US citizens.

"While there is as yet little evidence to suggest that counter-terrorism programmes have severely impinged on the rights of substantial numbers of Americans, the potential for more widespread violations must be taken seriously," it says. "The prospects are good for further action by the courts and Congress to curtail or terminate initiatives that pose threats to individual rights."

The report calls its findings on the functioning of the US criminal justice system "perhaps the most disquieting in this study".

It highlights the rise in incarceration rates from 1.39 per thousand in 1980 to 7.5 in 2006, the high proportion of black inmates and complaints that public defence lawyers are underfunded and overworked.

The US administration vigorously rejects any suggestion that its policies have hurt individual liberties. "The US has some of the highest standards in the world when it comes to maintaining the civil rights and liberties of our citizens," said Gordon Johndroe, a White House spokesman.

"Our laws are routinely reviewed by the Congress and the courts and, where changes have been required, changes have been made."

# McCain seeks to allay fears on the right

## Pledge to nominate conservative judges

## Resentment over role in 'Gang of 14'

By Andrew Ward
In Washington

John McCain promised yesterday to nominate conservative judges to the Supreme Court and for other judicial vacancies, seeking to quash doubts among some Republicans about his conservative credentials.

The Republican presidential candidate said he would use John Roberts and Samuel Alito, who were appointed to the Supreme Court by President George W. Bush, as his "model" when choosing nominees.

Judicial nominations have become one of the most explosive flash points in the US "culture war" between liberals and conservatives, with each side accusing the other of pushing their agenda through the courts.

Mr McCain is viewed with suspicion by some conservatives because of his willingness to work with Democrats in Congress and his history of conflict with fellow Republicans. But the senator insisted he would stick to conservative principles when appointing judges.

"I have my own standards of judicial ability, experience, philosophy and temperament," he said. "And Chief Justice Roberts and Justice Samuel Alito meet those standards in every respect."

Mr McCain warned that both Barack Obama and Hillary Clinton, the Democratic presidential contenders, favoured judges who would ride roughshod over the constitution. "They are both lawyers and don't seem to mind at all when fundamental questions of social policy are pre-emptively decided by judges instead of by the people and their elected representatives," he said.

Many conservatives believe federal judges have exceeded the powers granted them by the constitution in recent decades with precedent-setting rulings such as the *Roe v Wade* decision that legalised abortion.

Mr McCain criticised Mr Obama for opposing the nomination of Mr Roberts in 2005, arguing that the "partisan" vote undermined the Illinois senator's claim to be a consensus-builder.

Some conservatives resent Mr McCain's membership of the so-called "Gang of 14" senators.

The group brokered a compromise in 2005 after Republicans threatened to change Senate rules to stop Democrats blocking judicial nominations by the Bush administration.

> 'Obama and Clinton don't seem to mind when questions of social policy are decided by judges'

Mr McCain defended his role in the episode yesterday, arguing that the deal helped secure the nomination of Mr Roberts and other conservative judges.

Ed Whelan, president of the Ethics and Public Policy Center, a conservative legal group, said Mr McCain's speech was "very encouraging" and drew "a clear line between his support for judicial restraint and Obama's promise to appoint liberal judicial activists".

"Promising four more years of radical judges who are bent on rolling back our basic rights and freedoms is just one more example of why John McCain is the wrong choice for America's future," said Karen Finney, for the Democratic National Committee.

Republicans must change to win, Page 11

# Stark Contrasts Between McCain and Obama in Judicial Wars

By NEIL A. LEWIS

WASHINGTON — The presidential election, lawyers and scholars agree, will offer voters a choice between two sharply different visions for the ideological shape of the nation's federal courts.

Senator John McCain of Arizona, the presumptive Republican nominee, has already asserted that if elected he would reinforce the conservative judicial counterrevolution that began with President Ronald Reagan by naming candidates for the bench with a reliable conservative outlook.

Senator Barack Obama of Illinois has been less explicit about how he would use the authority to nominate judicial candidates, but he would be able to — and fellow Democrats certainly expect him to — reverse or even undo the current conservative dominance of the courts.

Both have been resolute soldiers in their parties' political wars over judicial nominations during the last several years. While Mr. McCain has supported President Bush's judicial nominees, including John G. Roberts Jr. as chief justice of the United States and Samuel A. Alito Jr. as an associate Supreme Court justice, Mr. Obama opposed those nominations and favored Democratic filibusters to block many Republican nominees deemed too conservative.

Senator Hillary Rodham Clinton of New York, who remains in the Democratic race, has similarly opposed many of Mr. Bush's judicial nominees and also voted against the confirmations of Judges Alito and Roberts.

Despite his record, Mr. McCain has been obliged to deal with the burden that falls on any Republican candidate to deal with the party's conservative wing, which demands commitment to its goal of tilting the courts rightward. In a speech on May 6 at Wake Forest University, Mr. McCain took pains to use the language of the conservative faithful, notably inveighing against "activist judges," to signal his dedication to continue placing conservative judges on the courts.

In 2005, Mr. McCain aroused the suspicion of some conservatives alert to ideological heresy when he joined six other Republicans and seven Democrats in the Senate to form a compromise on appeals court nominations to break a nasty deadlock. Under the plan brokered by the group, known as the Gang of 14, the Democrats agreed to end their filibuster blocking some of Mr. Bush's appeals court nominees, in exchange for other conservative nominees being dropped from consideration.

Although the plan averted an impasse, some conservative leaders spoke of it in terms of a near-betrayal and said it suggested that as president, Mr. McCain might use judicial appointments as bargaining chips on other issues.

In response, Mr. McCain has chosen to do everything in his power to demonstrate his fealty to their cause.

He announced an advisory committee on the courts headed by Theodore B. Olson, a leading conservative lawyer and former solicitor general, that is full of people like Charles J. Cooper, who had been influential in selecting reliable conservative nominees in the Bush and Reagan administrations.

In an interview, Mr. Olson said he was confident that Mr. McCain's nominees would be carefully screened to assure that they were in the mold of reliably conservative recent Supreme Court appointments like Chief Justice Roberts and Justice Alito.

In his 22 years in the Senate, Mr. McCain has never been a major player in the judicial wars. Senator Arlen Specter of Pennsylvania, the ranking member on the Judiciary Committee, said Mr. McCain "has never been really interested in judges."

"It's sort of something far afield because his interests are otherwise," Mr. Specter said.

Like Mr. McCain, neither Mr. Reagan nor Mr. Bush was a lawyer and, adopting the same rhetoric as Mr. McCain is now using, they became enthusiastic instruments of those conservative lawyers who were diligent in choosing conservative judicial nominees.

Mr. Obama, on the other hand, is a lawyer and has had a long and deep interest in the courts and the law. Cass R. Sunstein, a professor at the University of Chicago Law School and an Obama adviser, said in an interview that because Mr. Obama had taught constitutional law for 10 years at Chicago, "he is immersed in these issues."

"The first thing to know," Professor Sunstein said, "is that he knows this stuff inside and out, and he has the credentials to be easily appointed to the court himself."

> One candidate prefers the Roberts-Alito model; another points to Warren.

From his remarks in the Senate opposing the nominations of Judges Roberts and Alito, among others, Mr. Obama made clear that he would look to name judges with an expansive, progressive view of the Constitution.

In explaining his opposition to the Alito nomination, Mr. Obama said that Judge Alito's record showed "extraordinarily consistent support for the powerful against the powerless" and "for an overreaching federal government against individual rights and liberties."

On March 3, Mr. Obama spoke of what he would look for in a Supreme Court justice and held up Earl Warren, a former governor of California and the former chief justice, as an example.

Chief Justice Warren, who led the court in forging its landmark 1954 ruling outlawing school segregation, "had the wisdom to recognize that segregation was wrong less because of precise sociological effects and more so because it was immoral and stigmatized blacks," Mr. Obama said. "I want people on the bench who have enough empathy, enough feeling, for what ordinary people are going through."

Although there are no vacancies on the Supreme Court, there has been a rich traffic in speculation as to whom either Mr. Obama or Mr. McCain would name to fill any vacancy. Mr. Obama's comment about Chief Justice Warren has led some to note his close association with Gov. Deval Patrick of Massachusetts, an accomplished lawyer and the former head of the government's civil rights division.

If Mr. Obama wanted to name the court's first Hispanic justice, Sonia Sotomayor, an appeals court judge based in New York, has been named as a possibility by many lawyers. Another possible candidate is Harold Hongju Koh, the dean of the Yale Law School, an esteemed legal scholar and former human rights official in the Clinton State Department, who would become the court's first Asian-American justice.

Others who have been talked of as candidates in a Democratic administration include Judge Merrick B. Garland of the Washington-based appeals court, Judge Diane P. Wood of the appeals court based in Chicago and Barrington D. Parker Jr. of the court based in New York. Some commentators have raised the decidedly remote but intriguing possibility that a President Obama could turn to Mrs. Clinton for the court.

Prof. Charles J. Ogletree Jr. of Harvard Law School, who taught both Mr. Obama and his wife, Michelle, sought to dispel the idea that Mr. Obama's nominees would be especially ideological. "It seems likely to me that he won't have an agenda of trying to pack the courts to necessarily move it in a different direction," Professor Ogletree said in an interview.

Speculation about Supreme Court choices in a McCain presidency has included a few conservative appeals court nominees who had been considered by Mr. Bush, notably Judge Michael W. McConnell, who sits in Salt Lake City.

Another candidate cited by many on the McCain advisory committee is Maureen E. Mahoney, a Washington lawyer who has argued dozens of cases successfully before the Supreme Court as a deputy solicitor general and a private practitioner. She is often compared to Chief Justice Roberts, who had also made his mark as a skilled advocate before the court.

A President McCain also could reinforce his own maverick status by turning to Judge Alex Kozinski of the appeals court based in California, who is often described as a libertarian and an independent conservative.

The next president will most likely have an opportunity to make an extraordinary impact on the ideological shape of the nation's federal courts for years to come.

"There's been an ideological imbalance on the courts, given that Republicans have controlled the White House for 20 of the last 28 years," said Prof. David A. Yalof, a lawyer and political scientist at the University of Connecticut, who has written extensively about the judicial-appointment process.

A majority, about 60 percent, of the 167 judges on the nation's 12 regional appeals courts are Republican appointees. Many were named after establishing their conservative ideological credentials through their writings or affiliations like involvement with the Federalist Society. Moreover, Professor Yalof said, the average age of Republican appellate appointees is below 60, compared with 64 for the Democratic appointees.

## The Candidates on Judges

NYT 5/08



**John McCain**

"I will look for accomplished men and women with a proven record of excellence in the law, and a proven commitment to judicial restraint. I will look for people in the cast of John Roberts, Samuel Alito, and my friend the late William Rehnquist — jurists of the highest caliber who know their own minds, and know the law, and know the difference. My nominees will understand that there are clear limits to the scope of judicial power, and clear limits to the scope of federal power."

"When President Bill Clinton nominated Stephen Breyer and Ruth Bader Ginsburg to serve on the high court, I voted for their confirmation, as did all but a few of my fellow Republicans. Why? For the simple reason that the nominees were qualified, and it would have been petty, and partisan, and disingenuous to insist otherwise. Those nominees represented the considered judgment of the president of the United States. And under our Constitution, it is the president's call to make."

*May 6, 2008, Wake Forest University in North Carolina*



**Barack Obama**

"The Constitution can be interpreted in so many ways. And one way is a cramped and narrow way in which the Constitution and the courts essentially become the rubber stamps of the powerful in society. And then there's another vision of the court that says that the courts are the refuge of the powerless. Because often times they may lose in the democratic back and forth. They may be locked out and prevented from fully participating in the democratic process. That's one of the reasons that I opposed Alito, you know, as well as Justice Roberts."

"Justice Roberts said he saw himself just as an umpire. But the issues that come before the Court are not sport; they're life and death. And we need somebody who's got the heart, the empathy to recognize what it's like to be a young teenage mom, the empathy to understand what it's like to be poor or African-American or gay or disabled or old. And that's the criteria by which I'm going to be selecting my judges."



**Hillary Rodham Clinton**

"When I am president, I will appoint judges to our courts who understand the role of precedent, that it actually does mean something, and also the importance of Roe v. Wade — that it truly is the touchstone of reproductive freedom and the embodiment of our most fundamental rights."

"The complaints often about Roe v. Wade is that privacy does not appear in the Constitution. Well, that is because it is 9th Am assumed in everything that the Constitution stands for. I mean, how can you have freedom of speech and freedom of conscience if you don't have the right to privacy? So, I will appoint well-qualified judges who really respect the Constitution and see it as the living document — which it is — that has given us the core of our values and our freedoms for 225 years now."

"I think the courts should be independent and not be political footballs."

*July 17, 2007, Planned Parenthood convention in Washington*

63

WEEKEND

# Something is rotten in the state of democracy



TTHEW ENGEL

Please note: the sentence that follows should not be construed as a statement of party political bias in any way, shape or form. But I do hope the Republicans get the most almighty kicking in the US midterm elections next month.

Engel's First Law of Politics is as follows: After a maximum of eight years, all governments stink. They start sinking into a morass of intellectual, financial, ethical and/or sexual corruption. That is the nature of political power. It applies in Washington, London and Paris as it does in an African dictatorship or an English rural council. The 22nd amendment to the US constitution, restricting presidents to a maximum of two terms, should therefore be regarded as an act of genius. If I had my way, I'd reduce it to one.

The last three British prime ministers have served an average of nine years plus. Give me the old French Fourth Republic any day.

Engel's Law applies every bit as much – or more – in the peculiar circumstances of the American Congress, which can enact its whims without having to take responsibility for executing them. Theoretically, the House of Representatives is the most accountable legislature in the world. Its members have to submit to the holy will of the people every two years. In fact, control has changed hands just once – once! – in the past half-century.

Lately, this has been bolstered by the gerrymander. Not an old-fashioned, straightforward fair-cheating-all-round kind of gerrymander, whereby one party rigs the boundaries to keep out the other – the kind of racket that has been the staple of semi-mature democracies since the concept was invented in New York two centuries ago.

Instead, this is a malevolent variation, in which the system is rigged to ensure the maximum number of safe seats for both sides, and the minimum number that can change hands; however relentless the landslide. It is a conspiracy by the political class against everyone else. Most congressmen now expect a job for life.

True democracy requires the purgative effect of change. This is something the British, when they feel so minded, do better than anyone else because of the theatrical nature of the electoral system. The most memorable image of the 1997 election (which swept in young, fresh, honest Tony Blair – remember him?), was the sight of Michael Portillo, perhaps the most arrogant member of what had become a very arrogant Conservative government, having to stand alongside his conqueror on a town hall platform as the figures of his startling defeat were read out. He had, wrote TV critic Nancy Banks-Smith, an air "of haughty incredulity, like a llama surprised in the bath".

**It is a conspiracy by the political class against everyone else. Congressmen now expect a job for life**

In Britain, even political triumph can be reduced to late-night bathos. On the night he unexpectedly won the 1992 general election, John Major had to listen to his constituency result standing next to a candidate called Lord Buckethead, representing the Gremloid Party.

His lordship was indeed wearing a bucket on his head. You can't help thinking such an experience might be salutary for some current congressional Republicans, except that they might think heads in buckets offered new and exciting kinky possibilities.

Even in Britain, the conspiracy is at work. The new Scottish and Welsh parliaments have ghastly hybrid electoral systems, involving both constituencies and party lists. Anyone booted out is inclined to reappear, hours later, after a top-up calculation introduced in the name of "fairness". The same thing used to apply in British local government: defeated councillors would magically return as "aldermen". But what can you expect from a country that still has the House of Lords?

The Republicans, who took over both houses of Congress 12 years ago, babbling about clean government and term limits, clearly deserve the utmost vengefulness from the voters. But their Democratic predecessors, who ran Capitol Hill for three decades, became every bit as rotten.

One of their speakers, Jim Wright, discovered creative ways of manipulating perks. There was the scandal of Congress's private bank, which took a very relaxed view of members' dud cheques. And what abo[ut] representative Wilbur Mills of Arkans[as]? By day, he controlled the government purse strings as chairman of the Way[s] and Means Committee. After dark, he had a tempestuous relationship with a stripper known as "the Argentine firecracker". He still got re-elected aft[er] this became public knowledge – thoug[h] not after the time he staggered drunkenly on stage when she was performing in Boston.

Representative Don Sherwood, the 65-year-old congressman for the Tenth District of Pennsylvania, has been obliged to broadcast an advert denying that he attempted to choke his 30-year-old mistress. Yet even he has cancelled supportive appearances by t[he] Republicans' congressional leaders because he fears being contaminated b[y] the party's sex scandals. "We want th[e] focus of our campaign to be on the issues that matter to the Tenth District," explained a spokesman.

"Vote early, vote often" was the old Chicago slogan. I say: vote 'em out early, vote 'em out often – before they get like this.

engelinthefl@aol.com

Political CLASS $$ of "professionals" against the masses of poor, uneducated, simple minded, etc.

World Bank from 1988 to 1991, had close ties to BCCI. In the late 1980s, Abédi considered putting him in charge of First American Bankshares. In 1991, his brother applied for a banking license with BCCI in Pakistan.* Shahid Husain, the head of the World Bank's Latin American operation, also had close connections with Abedi and his crowd and discussed going to work for BCCI with bank officials. Avramovic, who worked on the Third World bank scheme, had served as an economist at the World Bank before joining BCCI in Washington. He customarily lunched at the World Bank even when he worked for BCCI. A. W. ("Tom") Clausen, the president of the World Bank from 1981 to 1987, had been the president of Bank of America, one of BCCI's first and largest shareholders. Clausen later returned to B of A for a second term as president.

The heavily staffed Washington office suggests that whoever ran it must have been Abedi's chief envoy to the U.S. political establishment. That was not the case. Abedi's number-one representative in Washington was Clark Clifford, superlawyer, *éminence grise* of the Democratic party, and preeminent power broker.

One obvious sign of Clifford's stature is that he played several important roles during Jimmy Carter's presidency. While advising Carter and acting as a presidential envoy, Clifford represented Bert Lance, the target of a criminal investigation by Carter's own Justice Department. Although Clifford might claim that there was nothing improper about it, more cynical observers might say it exemplifies much of what is wrong with Washington: he was part of the city's "permanent government" of fixers and lobbyists who wield power behind the scenes while elected officials come and go.

"Fixers" — Business as usual?

But Clifford's power was beginning to ebb as the years passed. When Abedi retained the lawyer in 1978, he was seventy-one years old and many of his contemporaries had retired or died. But he was not ready to retire, to sit around and "wait to die," as he put it. The BCCI connection was a major boost for Clifford, enabling him to, in effect, relaunch his career. His law firm went on to earn millions of dollars in legal fees from BCCI, its Arab clients, and First American Bankshares. In 1988, it was estimated that nearly a third of Clifford & Warnke's twenty lawyers did some work for First American. Perhaps more

*In an interview in 1991, Qureshi sought to play down his links with BCCI and First

importa
force in
One s
consider
tion, Cli
also has
late hus
formed
Eighties.
successf
to the H
pany, an
Brother
Middlet
served o
Befor
outside
sure, bu
increase
Americ
and higl
ber 198
lawyers
quoted
the lead
Whil
veloped
owed m
her star
on the
Maybel
man's..
January
of Los
the gue
wood c
Abedi a
present
wanted
have gi