# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1272 | **DATE** | 7/24/2008 |
| **CASE TITLE** | U S A    vs    Lawrence Potochney | | |

**DOCKET ENTRY TEXT:**

Government's response to all outstanding motions is due by 8/15/2008. Petitioner Potochney's reply is due by 9/15/2008. The Court will rule by mail.

[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|